# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                              :   Chapter 11
In re:                                        :
                                              :   Case No. 15-11880 (BLS)
QUIKSILVER, INC., et al.                      :
                                              :   (Jointly Administered)
                      Debtors.¹               :
                                              :
                                              :   Related Docket No. 740
------------------------------------------------------------x
```

## NOTICE OF APPEAL

Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster, on their own behalf and on behalf of all similarly-situated terminated former employees ("Former Employees") of the above-captioned debtors, Quiksilver, Inc. and its affiliated debtors and debtors in possession (the "Debtors") appeal under 28 U.S.C. § 158(a) and Rules 8001(a) and 8002 of the Federal Rules of Bankruptcy Procedure from the Findings of Fact, Conclusions of Law and Order Confirming Reorganization Plan of the Debtors [D.I. 740], entered in this bankruptcy case on January 29, 2016.

In accordance with Bankruptcy Rule 8001(a), the names of the parties to the orders appealed from and the names and addresses of their respective attorneys are:

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Quiksilver, Inc. (9426), QS Wholesale, Inc. (8795), DC Direct, Inc. (8364), DC Shoes, Inc. (0965), Fidra, Inc. (8945), Hawk Designs,

1

| Parties | Counsel |
|---|---|
| Former Employees (*Appellants*) | Michael Busenkell (DE 3933)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-425-5812<br>Facsimile: 302-425-5814<br>E-mail: mbusenkell@gsbblaw.com<br><br>-and-<br><br>Blake J. Lindemann (Cal Bar No. 255747)<br>  (pro hac vice)<br>433 N. Camden Drive, 4th Floor<br>Beverly Hills, CA 90210<br>Telephone: 310-279-5269<br>Facsimile: 310-300-0267<br>E-mail: blake@lawbl.com |
| Debtors (*Appellees*) | Van C. Durrer, II<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071-3144<br>213-687-5000<br>Fax : 213-687-5600<br>Email: van.durrer@skadden.com<br><br>Laura Davis Jones<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>302 652-4100<br>Fax : 302-652-4400<br>Email: ljones@pszjlaw.com |

---

Inc. (1121), Mt. Waimea Inc. (5846), Q.S. Optics, Inc. (2493), QS Retail, Inc. (0505), Quiksilver Entertainment, Inc. (9667), and Quiksilver Wetsuits, Inc. (9599).

| | |
|---|---|
| Official Committee of Unsecured Creditors (*Appellee*) | Ashley R. Beane<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201-4675<br>214-969-2800<br>Fax : 214-969-4343<br>Email: abeane@akingump.com<br><br>David M. Fournier<br>Pepper Hamilton, LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302-777-6500<br>Fax : 302-421-8390<br>Email: flbank@pepperlaw.com |
| Office of The United States Trustee (*Interested Party*) | Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: mark.kenney@usdoj.gov |

Dated: February 12, 2016          GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5812
Facsimile: 302-425-5814
Email: mbusenkell@gsbblaw.com

-and-

Blake J. Lindemann – Cal. Bar #255747
   (*pro hac vice*)
Lindemann Law Firm
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: 310-279-5269
Facsimile: 310-300-0267
E-mail: blake@lawbl.com

-and-

Daren M. Schlecter – Cal. Bar #259537
   (*pro hac vice*)
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, CA 90067
Telephone: 310-553-5747
Facsimile:  310-553-5487
E-mail:     daren@schlecterlaw.com

*Attorneys for Nicholas Drake, Christina G. Rice, Liam Devoy, Anda Druva, Steve Finney, Scott Fullerton, Pamela Gobright, John Graham, Kelley C. Graham, Brad Holman, Kristina Kastelan, Kelley Ketner, Jennifer Kutsch, Viki Love, Kerstin N. Mazzone, Andrew P. Mooney, Carol Nielsen, Robert Oberschelp, Joe O'Neil, Natalie Rigolet, Chris Schreiber, Lance Stern, Steve Swokowski, Roberta Turchi, Alan Vickers, and Thomas Webster on behalf of themselves and those similarly situated*